Charles L. Munnich and Another, Respondents, v. Max Jaffe and Others, Defendants, Impleaded with Thomas Howard, Appellant.— Order reversed and Howard's motion granted, with ten dollars costs and disbursements. After plaintiffs' attorneys on December seventeenth had written that they were willing to extend Howard's time to make a case to February first, their letter of December twenty-ninth, declining to give such extension, left Howard in a position where he could fairly ask such extension by order. Howard's default is opened, and his proposed case may be served within twenty days after entry of this order. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Anna Amelia Palmer, Respondent, v. William A. Palmer and Loftus S. Palmer, Appellants.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Luigi Paolucci, as Administrator, etc., of Virgilio Paolucci, Deceased, Appellant, v. Rinehart & Dennis Company, Respondent.— Judgment

and order unanimously affirmed by default, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York ex rel. John J. Morrissey, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled on the ground that it is against the evidence, with fifty dollars costs and disbursements, and relator reinstated. Jenks, P. J., Thomas and Carr, JJ., concurred; Burr and Putnam, JJ., dissented.

The People of the State of New York ex rel. Michael F. Reardon, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. Christian Twillman, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled, with fifty dollars costs and disbursements, upon the ground that the evidence fails to satisfactorily establish culpable neglect of duty, and relator reinstated. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Arthur H. Weaver, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.